1  DANIEL G. BOGDEN
   United States Attorney
2  RUSSELL E. MARSH
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Fifth Floor
   Las Vegas, NV 89101
4  (702) 388-6336
   Fax: (702) 388-6418
5

# UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

8  UNITED STATES OF AMERICA,      )      2:99-cr-259-KJD-PAL
                                  )
9           Plaintiff,            )
                                  )      MOTION TO DISMISS
10       v.                       )      INDICTMENT
                                  )
11  JUSTIN ROSS KELLY,            )
    aka Thomas Thiede,            )
12                                )
            Defendant.            )
13  _____ )

14          Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, by and through Daniel

15  G. Bogden, United States Attorney, and Russell E. Marsh, Assistant United States Attorney, the

16  United States hereby moves for leave to dismiss this case against defendant JUSTIN ROSS KELLY,

17  aka Thomas Thiede, based on the age of the case and the unknown status of the defendant. This case

18  was indicted on June 16, 1999. The defendant is believed to be a Canadian citizen and his

19  whereabouts are unknown.

20          WHEREFORE, the government hereby moves for leave to dismiss the indictment in this

21  matter against the defendant with prejudice, and further requests that the arrest warrant for the

22  defendant be quashed.

23          DATED this 7th day of June, 2013.

24                                          Respectfully submitted,
                                            DANIEL G. BOGDEN
25                                          United States Attorney

26                                          */s/ Russell E. Marsh*
                                            RUSSELL E. MARSH
                                            Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )    2:99-cr-259-KJD-PAL
                           )
          Plaintiff,     )
                           )    ORDER
            v.          )
                           )
JUSTIN ROSS KELLY,       )
aka Thomas Thiede,        )
                           )
         Defendant.    )
_____)

      Based on the foregoing motion of the government, leave is hereby granted and this matter

is dismissed with prejudice. It is further ordered that the arrest warrant for the defendant be quashed.

      SO ORDERED.

      DATED: _8/30/2013_____

                           _____
                           KENT J. DAWSON
                           Senior United States District Judge